# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 10, 2010

## Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD D. CUDAHY, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

**No.** 09-1258

UNITED STATES OF AMERICA,
　　*Plaintiff-Appellee,*

**v.**

ERWIN ACOX,
　　*Defendant-Appellant.*

Appeal from the United States District Court for the Northern District of Illinios, Eastern Division.

No. 07 CR 145
Virginia M. Kendall, *Judge*.

## Order

The opinion of this court issued on February 9, 2010, is amended as follows:

Page 9, line 2, change "was" to "is";

Page 9, last line of first paragraph, delete the second "that".